IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY GOLDEN
ADC # 136148                                                                                    PLAINTIFF

V.                                      5:09CV00088 JMM-JJV

CAROL FRYE, Arkansas Department
of Correction, et al                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and the objections of the parties. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby is, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Injunctive Relief (Docket # 17) be DENIED.

DATED this 6th day of October, 2009.

_____
James M. Moody
United States District Judge