IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY GOLDEN
ADC # 136148                                                                                                  PLAINTIFF

V.                                           5:09-cv-00088-JMM-JJV

CAROL FRYE, Secretary, Arkansas Department
of Correction, CLINTON HALL, Major,
Diagnostic Unit, Arkansas Department
of Correction; KEITH WADDLE, Disciplinary
Hearing Officer, Arkansas Department of Correction;
JAMES GIBSON, Disciplinary Hearing Officer,
Arkansas Department of Correction; and LARRY
NORRIS, Director, Arkansas Department of Correction                        DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 27th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE